IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE B., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 23-4018 |
| | : | |
| LELAND DUDEK, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| *Defendant.* | : | |

# ORDER

AND NOW, this 7th day of March 2025, upon consideration of Plaintiff Michelle B.'s Brief and Statement of Issues in Support of Request for Review (ECF 12), the Commissioner's Response (ECF 13), and Plaintiff's Reply (ECF 14), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Leland Dudek, Acting Commissioner of Social Security and against Plaintiff Michelle B.; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*